**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Lewis C. Bryant  
       Janice L. Bryant

BK NO. 19-00869 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Second Chance Home Loans, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
14 Nov 2023, 12:15:36, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322