UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                        CASE NO.: 19-00869
                                                                  CHAPTER 13

Lewis C. Bryant,
   Debtor.

Janice L. Bryant,
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                        **13010 MORRIS ROAD, SUITE 450**
                             **ALPHARETTA, GA 30004**

                                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                          Authorized Agent for Secured Creditor
                                                           13010 Morris Rd., Suite 450
                                                           Alpharetta, GA 30004
                                                           Telephone: 470-321-7112

                                                           By: /s/Michelle L. McGowan, Esq.
                                                                Michelle L. McGowan, Esq.
                                                                Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LEWIS C. BRYANT
2750 DURHAM RD.
YORK, PA 17402

JANICE L. BRYANT
2750 DURHAM RD.
YORK, PA 17402

And via electronic mail to:

LAW OFFICES OF JOHN M. HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102

LAW OFFICES OF JOHN M. HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Amanda Nelson