United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lewis C. Bryant  
Janice L. Bryant  
    Debtors

Case No. 19-00869-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 28, 2024      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lewis C. Bryant, Janice L. Bryant, 2750 Durham Rd., York, PA 17402-3805 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5168269 | + | ATT Mobility, PO Box 537104, Atlanta , Georgia 30353-7104 |
| 5168272 | | CHASE AUTO, P.O. BOX 901003CREDIT BUREAU DISPUTE PRO, CREDIT BUREAU DISPUTE PROCESSG, FORT WORTH, TX 76101 |
| 5168283 | + | MnNamara Auto Sales, 1775 Rodney Road, York, Pennsylvania 17408-4608 |
| 5168288 | + | Springettsbury Township, 1501 Mt. Zion Rd., York, PA 17402-9085 |
| 5185549 | | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165 |
| 5168293 | + | York City Tax Collector, 50 West King St., York, Pennsylvania 17401-1420 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Oct 28 2024 22:39:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5182389 | | EDI: PHINAMERI.COM | Oct 28 2024 22:39:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5192156 | | EDI: ATLASACQU | Oct 28 2024 22:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5168270 | + | Email/Text: kwalters@autotrakk.com | Oct 28 2024 18:46:00 | AUTOTRAKK, 1500 SYCAMORE RD, MONTOURSVILLE, PA 17754-9416 |
| 5168268 | + | Email/Text: melissa@allservicing.com | Oct 28 2024 18:46:00 | Allied Servicing Corporation, 3019 N. Argonne Rd., Spokane Valley, WA 99212-2141 |
| 5187435 | + | Email/Text: kwalters@autotrakk.com | Oct 28 2024 18:46:00 | Auto Trakk LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 5168271 | + | EDI: TCISOLUTIONS.COM | Oct 28 2024 22:39:00 | BK OF MO, 5109 S BROADBAND LANE, SIOUX FALLS, SD 57108-2208 |
| 5184509 | + | EDI: TCISOLUTIONS.COM | Oct 28 2024 22:39:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5168273 | | Email/Text: bankruptcy@consumerportfolio.com | Oct 28 2024 18:46:00 | CNS PORT SVC, 19500 JAMBOREE RDSUITE 500, SUITE 500, IRVINE, CA 92612 |
| 5168274 | + | EDI: COMCASTCBLCENT | Oct 28 2024 22:39:00 | Comcast, 1701 JFK Boulevard, Philadelphia, Pennsylvania 19103-2899 |
| 5168294 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 28 2024 18:45:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |

| | | | | |
|---|---|---|---|---|
| 5168275 | | EDI: MAXMSAIDV | Oct 28 2024 22:39:00 | DPT ED/OSLA, 525 CENTRAL PARK DRIVESUITE 600, SUITE 600, OKLAHOMA CITY, OK 73105 |
| 5185056 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 28 2024 18:46:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5168276 | + | EDI: AMINFOFP.COM | Oct 28 2024 22:39:00 | FST PREMIER, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5168277 | + | EDI: PHINAMERI.COM | Oct 28 2024 22:39:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 5168278 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 28 2024 18:46:00 | HARLEY DAVID, 3850 ARROWHEAD DRIVE, CARSON CITY, NV 89706-2016 |
| 5184853 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 28 2024 18:45:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5168279 | | EDI: IRS.COM | Oct 28 2024 22:39:00 | Internal Revenue Service, Centralized Insolvency , Operations, P.O, Philadelphia, Pennsylvania 19114-0326 |
| 5168280 | | EDI: JEFFERSONCAP.COM | Oct 28 2024 22:39:00 | JEFFERSON CAPITAL SYST, 16 McLeland Road, St. Cloud, Minnesota 56303 |
| 5182905 | | EDI: JEFFERSONCAP.COM | Oct 28 2024 22:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5181255 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 18:51:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5168281 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 28 2024 18:45:00 | MARINR FINC, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 5168282 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2024 18:46:00 | MIDLAND FUNDING, 2365 NORTHSIDE DRIVESUITE 300, SUITE 300, SAN DIEGO, California 92108 |
| 5192711 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 28 2024 18:45:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5173798 | | EDI: MAXMSAIDV | Oct 28 2024 22:39:00 | OSLA on behalf of US Dept of ED Direct Loans, PO Box 18475, Oklahoma City, OK 73154-0475 |
| 5168298 | | EDI: PENNDEPTREV | Oct 28 2024 22:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5168298 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2024 18:46:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5168296 | | Email/Text: fesbank@attorneygeneral.gov | Oct 28 2024 18:45:00 | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120 |
| 5168284 | | EDI: PRA.COM | Oct 28 2024 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, Virginia 23541 |
| 5197096 | | EDI: PRA.COM | Oct 28 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5194522 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 18:52:32 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5175222 | | EDI: PENNDEPTREV | Oct 28 2024 22:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5175222 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5181756 | + | EDI: JEFFERSONCAP.COM | Oct 28 2024 22:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5213363 | | EDI: Q3G.COM | Oct 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Sadino |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5194001 | | EDI: Q3G.COM | Oct 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5213364 | + | EDI: Q3G.COM | Oct 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5168285 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 28 2024 19:02:52 | REGIONAL ACC, 300 REDLAND CTSUITE 102, SUITE 102, OWINGS MILLS, MD 21117 |
| 5177924 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 28 2024 19:02:52 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5168286 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 28 2024 18:46:00 | SELECT PORTFOLIO SVCIN, P.O. Box 65250, Salt Lake City, Utah 84165-0250 |
| 5168287 | + | EDI: CBS7AVE | Oct 28 2024 22:39:00 | SEVENTH AVE, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 5168290 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 28 2024 18:46:00 | SPS, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-5007 |
| 5172750 | | Email/Text: LMitchell@myfci.com | Oct 28 2024 18:45:00 | Second Chance Home Loans LLC, c/o FCI Lender Services Inc, PO Box 27370, Anaheim, CA 92809-0112 |
| 5168289 | | EDI: AISTMBL.COM | Oct 28 2024 22:39:00 | Sprint, PO Box 4191, Carol Stream, Illinois 60197-4191 |
| 5181782 | | EDI: AISTMBL.COM | Oct 28 2024 22:39:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5168297 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 28 2024 18:45:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5589524 | + | Email/Text: RASEBN@raslg.com | Oct 28 2024 18:45:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5168299 | ^ | MEBN | Oct 28 2024 18:45:46 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5168291 | | EDI: VERIZONCOMB.COM | Oct 28 2024 22:39:00 | VERIZON, 500 TECHNOLOGY DRSUITE 300, SUITE 300, WELDON SPRING, Missouri 63304 |
| 5168292 | + | EDI: BLUESTEM | Oct 28 2024 22:39:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OSLA/US Department of Education |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5168295 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5294017 | * | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor Second Chance Home Loans LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Janice L. Bryant jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Lewis C. Bryant jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank National Association mimcgowan@raslg.com |
| Sarah K. McCaffery | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF10 c/o Select Portfolio Servicing, Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lewis C. Bryant<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5968<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Janice L. Bryant<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4744<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-00869-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lewis C. Bryant

Janice L. Bryant

10/28/24

**By the court:** _(signed)_ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**